UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL JEPPESEN, <br><br> Plaintiff, <br><br> - against - <br><br> PRI US, INC., PRI ASSOCIATION, LORENZO SAA, LIAN HILLIER, LINDSEY WALTON, and CAMBRIA ALLEN-RATZLAFF, <br><br> Defendants. | Case No. 25-cv-6069 <br><br> **NOTICE OF REMOVAL** |

Defendant PRI ASSOCIATION, by its attorneys Lewis Brisbois Bisgaard & Smith LLP, submits as follows:

1. On July 21, 2025, Plaintiff e-filed the Summons with Notice in the above-entitled action, pending in the Supreme Court of New York, New York County (Index No. 159305/2025), and purporting to give notice of the nature of the claims for relief upon which the action is based. A true and correct copy of the Summons with Notice is attached as **Exhibit A**.

2. None of the Defendants have filed an answer or other responsive pleading in the pending action in the Supreme Court, and the time for them to do so has not yet run.

3. As of the date of this filing, no Defendant has been served with process in this action.

4. Defendant PRI Association is a corporation organized under the laws of England, UK, with its principal place of business in England, UK.

5. According to the Summons with Notice, Plaintiff "is an individual currently residing in the State of Colorado."

6. According to the Summons with Notice, Defendant PRI US, INC. "is a corporation organized under the laws of the State of Delaware." "Defendants Lorenzo Saa and Lian Hillier are individuals currently residing in London, UK," Defendant "Lindsey Walton is an individual currently residing in Toronto, Canada," and Defendant "Cambria Allen-Ratzlaff is an individual currently residing in the state of Michigan."

7. The Summons with Notice alleges that Plaintiff seeks "damages in an amount to be proven but in no event less than $6,216,623."

8. Based on the aforementioned, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant PRI Association, by and through undersigned counsel, hereby removes this action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

9. This action is removable under 28 U.S.C. § 1441(a) and (b), as this Court has original jurisdiction under 28 U.S.C. § 1332(a) based on complete diversity of citizenship. The amount in controversy exceeds $75,000, exclusive of interest and costs, as alleged in the Summons with Notice.

10. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as it is being filed prior to service of process.

11. Defendant PRI Association will promptly file a copy of this Notice of Removal with the Clerk of the Supreme Court, New York County, in which the action had been pending.

12. By making the instant filing, PRI Association does not waive, and expressly reserves, any and all jurisdictional defenses.

WHEREFORE, Defendant PRI Association respectfully requests that the above-captioned action be removed from the Supreme Court of New York, New York County, to the United States District Court, Southern District of New York.

Dated:  New York, New York
July 23, 2025

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Ariadne Panagopoulou
Ariadne Panagopoulou, Esq.
7 World Trade Center
250 Greenwich St, 11th Floor
New York, NY 10007
212-232-1300
Ariadne.Panagopoulou@lewisbrisbois.com
*Attorneys for Defendant PRI Association*

## **CERTIFICATE OF SERVICE**

    Ariadne Panagopoulou, an attorney duly admitted to practice before this Court, certifies that on July 23, 2025, she caused the Notice of Removal to be filed and served via first class mail upon the attorneys of record for plaintiff.

                                                                   /s/Ariadne Panagopoulou
                                                                        Ariadne Panagopoulou