UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAROL JEPPESEN,

                Plaintiff,

      v.                            Case No. 1:25-cv-06069

PRI US, INC., PRI ASSOCIATION,
LORENZO SAA, LIAN HILLIER,
LINDSEY WALTON, CAMBRIA          **NOTICE OF APPEARANCE**
ALLEN-RATZLAFF,

                Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that Elior D. Shiloh, Esq. of Lewis Brisbois Bisgaard & Smith LLP hereby appears as attorney for the defendant PRI Association, and requests that all papers be served upon him and all communications herein be directed to him.

Dated: New York, New York
         July 31, 2025

                                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                        BY:    /s/ Elior D. Shiloh
                                Elior D. Shiloh
                                *Attorneys for Defendant PRI Association*
                                7 World Trade Center
                                250 Greenwich St, 11th Floor
                                New York, NY 10007
                                (212) 232-1300
                                Elior.Shiloh@lewisbrisbois.com

## CERTIFICATE OF SERVICE

Elior D. Shiloh, an attorney duly admitted to practice before this Court, certifies that on July 31, 2025 he caused his Notice of Appearance to be filed and served by ECF.

/s/ Elior Shiloh
Elior D. Shiloh
