

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
CAROL JEPPESEN

        Plaintiff,

v.

PRI US, INC., ET AL.,

        Defendants.
-----------------------------------------------------X

Civil Action No. 1:25-cv-06069-JLR

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
          S.S.:
COUNTY OF NEW CASTLE )

        **WILLIAM BAILEY**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 29 day of August, 2025, at approximately 2:25 pm, deponent served a true copy of the **COMPLAINT, SUMMONS IN A CIVIL ACTION, NOTICE OF REMOVAL, CIVIL COVER SHEET, AMENDED RULE 7.1 STATEMENT , NOTICE OF INITIAL PRETRIAL CONFERENCE, NOTICE OF APPEARANCE OF LAKIESHA M.A. CATON, NOTICE OF APPEARANCE OF LARA KASTEN HOFFMAN, NOTICE OF APPEARANCE OF ELIOR D. SHILOH, JUDGE JENNIFER L. ROCHON INDIVIDUAL RULES OF PRACTICE, MAGISTRATE JUDGE HENRY J. RICARDO INDIVIDUAL RULES AND PRACTICES AND SDNY ECF RULES AND INSTRUCTIONS** upon PRI US, INC., c/o Corporation Trust Center at 1209 Orange Street, by personally delivering and leaving the same with **CHIMERE BROOKS**, who is an Intake Specialist and is authorized to receive service at that address.

        **CHIMERE BROOKS** is a black female, approximately 35 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 220 pounds with black hair.

_____   9/2/2025
WILLIAM BAILEY

Sworn to before me this
__2nd__ day of September, 2025

_____
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028

# 310115

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com