

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROL JEPPESEN,

        Plaintiffs,                              Civil Action No. 1:25-cv-06069-JLR

        v.                                    AFFIDAVIT OF SERVICE

PRI US, INC., ET AL.,

        Defendants.
-----------------------------------------------------------X
STATE OF MICHIGAN   )
        S.S.:
COUNTY OF Oakland   )

        BONNIE PHILLIPPI, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 30 day of August, 2025, at approximately 2:45 pm, deponent served a true copy of the COMPLAINT, SUMMONS IN A CIVIL ACTION, NOTICE OF REMOVAL, CIVIL COVER SHEET, AMENDED RULE 7.1 STATEMENT, NOTICE OF INITIAL PRETRIAL CONFERENCE, NOTICE OF APPEARANCE OF LAKIESHA M.A. CATON, NOTICE OF APPEARANCE OF LARA KASTEN HOFFMAN, NOTICE OF APPEARANCE OF ELIOR D. SHILOH, JUDGE JENNIFER L. ROCHON INDIVIDUAL RULES OF PRACTICE, MAGISTRATE JUDGE HENRY J. RICARDO INDIVIDUAL RULES AND PRACTICES AND SDNY ECF RULES AND INSTRUCTIONS upon CAMBRIA ALLEN-RATZLAFF at 305 S. Washington St., Ypsilanti, MI 48197, by personally delivering and leaving the same with CAMBRIA ALLEN-RATZLAFF at that address. At the time of service, deponent asked CAMBRIA ALLEN-RATZLAFF whether she is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

# 310116

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com



CAMBRIA ALLEN- RATZLAFF is a white female, approximately 30 years of age, stands approximately 5 feet 4 inches tall, and weighs approximately 120 pounds with brown hair.

_____
BONNIE PHILLIPPI

Sworn to before me this
5th day of September, 2025

_____
NOTARY PUBLIC
CYNTHIA J. OTT
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission expires August 20, 2027
Acting in the County of Oakland

#310116

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com