**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
CAROL JEPPESEN,

        Plaintiff,

        v.

PRI US, INC., ET AL.,

        Defendants.
-------------------------------------------------X

Civil Action No. 1:25-cv-06069-JLR

AFFIDAVIT OF SERVICE

CITY OF TORONTO     )
        S.S.:
PROVIDENCE OF ONTARIO )

        SAIKAT DAS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 2 day of September, 2025, at approximately 10:48 am, deponent served a true copy of the **COMPLAINT, SUMMONS IN A CIVIL ACTION, NOTICE OF REMOVAL, CIVIL COVER SHEET, AMENDED RULE 7.1 STATEMENT, NOTICE OF INITIAL PRETRIAL CONFERENCE, NOTICE OF APPEARANCE OF LAKIESHA M.A. CANTON, NOTICE OF APPEARANCE OF LARA KASTEN HOFFMAN, NOTICE OF APPEARANCE OF ELIOR D. SHILOH, JUDGE JENNIFER L. ROCHON INDIVIDUAL RULES OF PRACTICE, MAGISTRATE JUDGE HENRY J. RICARDO INDIVIDUAL RULES AND PRACTICES AND SDNY ECF RULES AND INSTRUCTIONS** upon **LINDSEY WALTON** at 135 Banff Road, Toronto, ON M4P 2P6 Canada, by personally delivering and leaving the same with **LINDSEY WALTON** at that address. At the time of service, deponent asked **LINDSEY WALTON** whether she is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **LINDSEY WALTON** is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 130-140 pounds with short blonde hair.

_____
**SAIKAT DAS**

Sworn to before me this
____ day of September, 2025

_____
NOTARY PUBLIC

# 310114

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com