# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CAROL JEPPESEN )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PRI US, INC., PRI ASSOCIATION, )<br>LORENZO SAA, LIAN HILLIER, )<br>LINDSEY WALTON, )<br>CAMBRIA ALLEN-RATZLAFF, )<br>)<br>Defendants ) | Civil Action No. 1:25-cv-06069-JLR |

**Witness Statement of Service in accordance with sub paragraph (b)
of article 10, Hague Convention on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

I, **GEMMA GRAY**, Process Server, acting under the instructions of Across The Pond Process Service, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Bridgman, a Solicitor of the Senior Courts of England and Wales and thus a competent person of the State of destination within the meaning of article 10(b) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("the Convention").

2. Mr Bridgman was in turn acting upon the instructions of Karina Shreefer, of Shreefer Law Firm, LLC, of 5820 Knox Street, Merriam, KS 66203, USA, a registered attorney admitted in the State of Kansas, and thus a judicial officer of the state of origin within the meaning of article 10(b) of the Convention.

3. In this witness statement I refer to the following documents as "the Service Documents":
   a. Hague Service Convention Warning and the Hague Service Convention Summary of the Document to be Served ("the Hague Documents");
   b. Summons in a Civil Action;
   c. Civil Cover Sheet;
   d. Rule 7.1 Statement;
   e. Notice of Removal with Exhibit A Summons with Notice;
   f. Notice of Initial Pretrial Conference;
   g. Complaint;

    h. Notice of Appearance – Hoffman

    i. Notice of Appearance – Caton

    j. Notice of Appearance - Shiloh

    k. Individual Rules of Practice in Civil Cases – Judge Rochon

    l. Individual Rules and Practices for Civil Cases – Magistrate Judge Ricardo

    m. Electronic Case Filing Rules & Instructions

4. Exhibited hereto marked 'A' is a copy of the Hague Documents.

5. On Saturday the 13th day of September 2025 at 4.00 p.m., I personally served Lorenzo Saa, one of the within named Defendants, with the Service Documents by delivering them to and leaving them with him personally by prior arrangement at his residence at Flat 3, 120a Stoke Newington High Street, London, N16 7NY, England, which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Tuesday the 16th day of September 2025.

6. Service has been effected in accordance with a method prescribed by the internal law of England and Wales and also in accordance with Article 10(b) of the Convention.

**ADDITIONAL COMMENTS**

I certify that I am over the age of 18 and not a party to or interested in the above action. I have proper authority in the jurisdiction in which this service was effected.

**STATEMENT OF TRUTH**

I believe that the facts stated in this Witness Statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth

Dated:    19th September 2025

Signed:    _____

                **GEMMA GRAY**

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CAROL JEPPESEN )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PRI US, INC., PRI ASSOCIATION, )<br>LORENZO SAA, LIAN HILLIER, )<br>LINDSEY WALTON, )<br>CAMBRIA ALLEN-RATZLAFF, )<br>)<br>Defendants ) | Civil Action No. 1:25-cv-06069-JLR |

### Exhibit A to the Witness Statement of GEMMA GRAY

This is the exhibit marked "A" to my witness statement dated today.

Dated:       19th September 2025

Signed:      _____
             **GEMMA GRAY**

'A'

Case No. 1:25-cv-06069-JLR

# WARNING

*(recommended by the Fourteenth Session of Hague Conference of October 1980)*

**Identity and address of the addressee**
*identité et adresse du destinataire*

---

**LORENZO SAA**
c/o Clarity AI
33 Queen Street, 3rd Floor
London EC4R 1BR
UNITED KINGDOM

---

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

**Legal Aid Society**
**199 Water Street**
**New York, New York 10038**
**U.S.A.**
**Tel. 1.212.577.3300**

### TRÈS IMPORTANT

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :*

*Legal Aid Society*
*199 Water Street*
*New York, New York 10038*
*U.S.A.*
*Tel. 1.212.577.3300*

Case No. 1:25-cv-06069-JLR

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :* SHREEFER LAW FIRM, LLC
5820 Knox Street, Merriam, Kansas 66203 USA

**Particulars of the parties\*:**
*Identité des parties :* Carol Jeppesen, et al., *Plaintiff*, v. PRI US, Inc., PRI Association, **Lorenzo Saa**, Lian Hillier, Lindsey Walton, and Cambria Allen-Ratzlaff, *Defendants*.

## JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant that a lawsuit has been filed against him and to summon him to answer.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil proceeding has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :* Within 21 days after service of this summons on Defendant (not counting the day received), Defendant must serve on Plaintiff's attorney an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Plaintiff's attorney is Lara Kasten Hoffman, Esq., PRYOR CASHMAN LLP, 7 Times Square, New York, New York 10036, USA. Defendant must also file his answer or motion with the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 USA.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment\*\*:**
*Date de la décision :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :* Defendant is summoned and must serve an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure upon the Plaintiff's attorney within 21 days after service of this summons on him (not counting the day Defendant received it). Defendant must also file his answer or motion with the court. If Defendant fails to respond, judgment by default will be entered against him for the relief demanded in the complaint.

## EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :* N/A

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-211/15302