UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CAROL JEPPESEN,

               Plaintiff,

     -against-

PRI US, INC., PRI ASSOCIATION, LORENZO SAA, LIAN HILLIER, LINDSEY WALTON, CAMBRIA ALLEN-RATZLAFF,

               Defendants.
-------------------------------------------------------------X

Case No. 1:25-cv-06069

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that I, Evan McCants-Goldman, Esq. of Lewis Brisbois Bisgaard & Smith LLP, hereby appear as attorney for all Defendants and request that all papers be served upon me and all communications herein be directed to me.

Dated: New York, New York
       October 14, 2025

                                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                            By:  /s/ *Evan McCants-Goldman*
                                  Evan McCants-Goldman, Esq.
                                  7 World Trade Center
                                  250 Greenwich Street, 11th Floor
                                  New York, NY 10007
                                  (212) 232-1300
                                  Evan.McCants-Goldman@lewisbrisbois.com

                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Evan McCants-Goldman, Esq., an attorney duly admitted to practice before this Court, certify that on October 14, 2025, I caused this Notice of Appearance to be filed and served by ECF.

/s/ *Evan McCants-Goldman*
Evan McCants-Goldman

165062210.1                                              2