UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL JEPPESEN,<br><br>      *Plaintiff,*<br><br>v.<br><br>PRI US, INC., PRI ASSOCIATION, LORENZO SAA, LIAN HILLIER, LINDSEY WALTON, CAMBRIA ALLEN-RATZLAFF,<br><br>      *Defendants*. | Case No. 1:25-cv-06069-JLR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND TO NEW YORK SUPREME COURT** |

## JOINT STIPULATION

Plaintiff Carol Jeppesen ("Plaintiff"), and Defendants PRI US, Inc., PRI Association ("PRI"), Lorenzo Saa ("Saa"), Lian Hillier, Lindsey Walton, and Cambria Allen-Ratzlaff (collectively, "Defendants"), hereby stipulate and agree as follows:

## RECITALS

**WHEREAS**, on July 21, 2025, Plaintiff filed a Summons with Notice in state court against Defendants;

**WHEREAS**, on July 23, 2025, PRI filed a Notice of Removal on the basis of diversity under 28 U.S.C. § 1332 (ECF No. 1);

**WHEREAS**, the Parties now agree that there is no diversity jurisdiction under 28 U.S.C. § 1332 due to the implication of the "stateless defendant" exception;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in the above-captioned action, that Defendants consent to the remand of the above-captioned action to Supreme Court of the State of New York, County of New York.

The parties further stipulate that Defendants will Answer, or otherwise move, with respect to Plaintiff's Complaint in state court.

Nothing herein is meant to prohibit any party from subsequently removing this case back to federal court if there are sufficient grounds for them to do so (e.g. the presence of federal question jurisdiction through subsequent amendment of a pleading).

Dated: New York, New York
November 3, 2025

| PRYOR CASHMAN LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| */s/ Lara Kasten Hoffman*  <br>By:     Joshua Zuckerberg <br>Lara Kasten Hoffman <br>7 Times Square <br>New York, NY 10036 | */s/ AriadnePanagopoulou*  <br>By:     Ariadne Panagopoulou <br>7 World Trade Center <br>250 Greenwich Street, 11th Floor <br>New York, NY 10007 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**SO ORDERED.**

___November 4_____, 2025

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE